# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1614. CHINH VO v. BELLMOORE PARK HOMEOWNERS ASSOCIATION, INC.

In this homeowners' association dispute, the trial court entered final judgment in favor of the association in May 2025, and the homeowner, Chinh Vo, filed a motion to set aside under OCGA § 9-11-60(d). After the trial court denied the motion in February 2026, Vo filed this direct appeal. We lack jurisdiction, because an appeal from the denial of a motion to set aside under OCGA § 9-11-60(d) requires the filing of an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Lemcon USA Corp. v. Icon Tech. Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  04/17/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*